# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TAYLOR RENEE DELAHOUSSAYE

VERSUS

FCA US, LLC

CIVIL ACTION

NO. 23-440-SDD-RLB

## ORDER

**CONSIDERING** the *Joint Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on August 11, 2023.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.